| | AUSA: | Micah Wallace | Telephone: (313) 226-9100 |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Robert Galbreath | Telephone: (313) 226-0500 |

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

United States of America

   v.

Joseph Matthew McDonough

Case No. 25-30756

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 2024 – March 10, 2025_____ in the county of _____Oakland_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Sexual exploitation of a child. |
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Galbreath, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___December 12, 2025___

_____
*Judge's signature*

City and state: _Detroit, Michigan_

Hon. Anthony P. Patti, United States Magistate Judge
*Printed name and title*

## AFFIDAVIT

I, Robert Galbreath, a Special Agent with Homeland Security Investigations (HSI), being duly sworn, depose and state the following:

### INTRODUCTION

1.      I am a Special Agent with Homeland Security Investigations. I have been employed as a Special Agent with HSI since February 2019 and am currently assigned to the Special Agent in Charge Detroit, Michigan office. I have successfully completed the Criminal Investigator Training program and the HSI Special Agent Training program at the Federal Law Enforcement Training Center in Glynn County, Georgia. Prior to my employment with HSI, I had been employed with the United States Border Patrol (USBP) from November 2009 to February 2019. In addition, I have received a bachelor's degree in criminal justice from Grand Valley State University in Allendale, Michigan.

2.      As part of my duties as a Special Agent, I investigate criminal violations relating to human trafficking and child exploitation. I am authorized to investigate criminal violations relating to child exploitation and child pornography, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252A.

3.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or

other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4.    HSI is currently investigating **Joseph Matthew McDonough** (DOB XX/XX/2003) for violations of 18 U.S.C. § 2251(a) and (e), sexual exploitation of a child, 18 U.S.C. § 2252A(a)(2), distribution of child pornography, and 18 U.S.C. § 2252A(a)(5)(B), possession of child pornography.

### PROBABLE CAUSE

5.    On March 10, 2025, **McDonough** and the minor victim (MV1) were arrested by the Warren Police Department (WPD) for fleeing and eluding police and resisting, obstructing, or assaulting a police officer. **McDonough** also had multiple felony warrants for his arrest and was a person of interest for a vehicle theft in Holly, Michigan. During processing after the arrest of **McDonough** at WPD, a grey cellular phone (hereinafter referred to as the Subject Device) was taken off his person and placed in his jail property.

6.     On March 13, 2025, an Oakland County deputy responded to Children's Village for a report of the possible sex trafficking of MV1 by **McDonough**.

7.     During an interview with HSI on March 20, 2025, MV1 said that when they needed money, **McDonough** would tell her to use his phone, the Subject Device, to take nude images of herself or images of herself masturbating. Then, **McDonough** would tell MV1 to send the images to individuals on Instagram or Snapchat. The buyers would then send money to the CashApp account of **McDonough**'s girlfriend. MV1 said the buyers would pay between $10 - $20 for the images and they would direct her as to what they wanted to see.

8.     Also, **McDonough** instructed MV1 to take the images on his phone so she would not have to send them to him over text. MV1 stated that she used the Subject Device to take the images of her. In addition, **McDonough** had taken a video of them having intercourse without her knowledge and **McDonough** later showed MV1 the video while they were in public. When MV1 asked why **McDonough** took the video, he said he wanted it for when he masturbated.

9.     On May 20, 2025, I applied for and obtained a federal search warrant for the Subject Device. Investigators subsequently created a forensic extraction of the Subject Device.

3

10.     I reviewed the forensic extraction of the Subject Device and found that **McDonough** still possessed nude images and a video of MV1. Below are descriptions of some the images/video observed on the Subject Device:

a. A video, VID_20250218_151350552.mp4, with a listed date of February 19, 2025, depicted a male engaged in sex with MV1. The video, which is approximately one minute and forty-three second in length, shows MV1's face and exposed anus and genitalia. The focus of the video was MV1's exposed anus and genitalia. The tattoos on the male's hand observed in the video match that of **McDonough**.

b. An image, IMG_20250218_151148777.jpg, with a listed date of February 19, 2025, depicted MV1 engaged in sex, with the focus of the image being her exposed genitalia and anus. The metadata from the image listed shows that the image was taken around the same time as the video described above.

11.     On November 25, 2025, during an interview with HSI, MV1 identified herself as the female and **McDonough** as the male in the aforementioned video and image. Also, MV1 confirmed the video was recorded without her knowledge.

4

## CONCLUSION

12.     Based upon the above information, there is probable cause to believe

**Joseph Matthew McDonough** has committed violations of 18 U.S.C. § 2251(a)

and (e), sexual exploitation of a child, 18 U.S.C. § 2252A(a)(2) Distribution of

child pornography and 18 U.S.C. § 2252A(a)(5)(B), possession of child

pornography. Therefore, I respectfully request this Court authorize a criminal

complaint and arrest warrant.

Respectfully submitted,

Special Agent Robert Galbreath
Homeland Security Investigations

Sworn to before me and signed in my presence
And/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

Date:   December 12, 2025

5